## Connolly's Estate (No. 2).

Argued Oct. 24, 1900. Appeal, No. 103, Oct. T., 1900, by the Safe Deposit and Trust Company of Pittsburg, administrator d. b. n. c. t. a. of the estate of Martin Connoly, deceased, from decree of O. C. Allegheny Co., Nov. T., 1899, No. 65, dismissing exceptions to adjudication in the estate of Martin Connolly, deceased. Before McCollum, C. J., Mitchell, Fell, Brown, Mestrezat and Potter, JJ. Affirmed.

Exceptions to adjudication.

The facts appear by the opinion of OVER, P. J., in the preceding case.

*Henry A. Miller*, with him *J. N. Piatt*, for appellant.

*E. H. Flick*, with him *M. M. McNeil*, for appellee.

PER CURIAM, January 7, 1901:

Upon due consideration we affirm the decree complained of by the appellant on the opinion of the learned judge of the orphans' court.

Decree affirmed and appeal dismissed at the cost of the appellant.